UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: BAYCOL PRODUCTS LITIGATION | MDL No. 1431 (MJD) |
| This Document also relates to: | ORDER |
| O'Kelley v. Bayer Corporation et al. | Case No. 02-0435 |

---

This matter is before the Court upon Plaintiff's motion for voluntary dismissal without prejudice pursuant to the provisions of Rule 41(a)(2) of the Federal Rules of Civil Procedure. The motion is unopposed. Accordingly,

IT IS HEREBY ORDERED that this matter is DISMISSED WITHOUT PREJUDICE. Each party bearing their own costs.

Date: March 4, 2003

Michael J. Davis
United States District Court



FILED MAR 05 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK